1
2
3
4
5
6
7
8
9

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

10 | UNITED STATES OF AMERICA, | CASE NO. CR19-0140JLR

11 | Plaintiff, | ORDER REGARDING
   | | DEFENDANT'S MOTION FOR
12 | v. | COMPASSIONATE RELEASE

13 | CHADILLADA LAPANGKURA,

14 | Defendant.

15    Before the court is Defendant Chadillada Lapangkura's motion for compassionate

16 release or a reduction in sentence pursuant to 18 U.S.C. § 3582(c)(1)(A).  (Mot. (Dkt.

17 # 36).)  Ms. Lapangkura filed a supplemental reply stating that Plaintiff United States of

18 America ("the Government") had informed her counsel that she is scheduled to be

19 released on June 18, 2020.  (Supp. Reply (Dkt. # 40) at 1-2.)  Assuming this information

20 is correct, Ms. Lapangkura's motion is moot as of today.  The court ORDERS the parties,

21 //

22 //

as soon as is practicable, to file a confirmation with the court that Ms. Lapangkura was released from custody today.

Dated this 18th day of June, 2020.

JAMES L. ROBART
United States District Judge