UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　　Plaintiff,<br><br>　　v.<br><br>CHADILLADA LAPANGKURA,<br><br>　　　　　　　　Defendant. | CASE NO. CR19-0140JLR<br><br>ORDER DENYING MOTION AS MOOT |

On June 18, 2020, the court ordered the parties to confirm that Defendant Chadillada Lapangkura was released on June 18, 2020. (6/18/20 Order (Dkt. # 41).) On June 19, 2020, the parties filed a joint report confirming Ms. Lapangkura's release. (Joint

//

//

//

//

//

ORDER - 1

Report (Dkt. # 42).)  Accordingly, the court DENIES Ms. Lapangkura's 18 U.S.C. § 3582 motion for compassionate release as MOOT (Dkt. # 36).

Dated this 24th day of June, 2020.

JAMES L. ROBART
United States District Judge

ORDER - 2