The Honorable James L. Robart

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>CHADILLADA LAPANGKURA and PORNCHAI CHAISEEHA,<br><br>Defendants. | No. 2:19-cr-00140-JLR<br><br>**MOTION TO AUTHORIZE TRAVEL**<br><br>NOTE ON MOTION CALENDAR:<br>April 9, 2021 |

Defendants Chadillada Lapangkura and Pornchai Chaiseeha, husband and wife, were each convicted of conspiracy to defraud the United States in violation of 18 United States Code, Section 371, an offense related to their filing of false income tax returns. Each was sentenced to serve terms of imprisonment, to serve a two-year term of Supervised Release following their release from custody, and to pay a fine of $10,000 and $7500, respectively. In addition, prior to sentencing the defendants paid $220,283, the full amount of restitution owing for federal income and employment taxes, to the Internal Revenue Service, and paid in excess of $400,000 in assessed taxes, penalties, and interest to the

MOTION TO AUTHORIZE TRAVEL
No. 2:19-cr-00140-JLR – Page 1

Yarmuth LLP
501 East Pine Street, Suite 201
Seattle, Washington 98122
phone 206.516.3800   fax 206.516.3888

State of Washington Department of Revenue as a result of an audit of their Redmond restaurant, and in excess of $10,000 in additional taxes for 2015 in conjunction with an ongoing audit of their Southcenter restaurant.

Both defendants have completed service of their terms of imprisonment and are currently serving their terms of Supervised Release. Both defendants have been transferred to a minimal supervision status for the balance of their terms of supervised release. Neither defendant has any remaining financial obligation related to their criminal convictions. Both have recently signed a Closing Agreement relating to the conclusion of their civil tax audit for the years related to their criminal convictions and await an assessment of amounts due under this civil settlement. They intend to immediately pay any such assessment.

Mrs. Lapangkura and Mr. Chaiseeha would like to travel to Thailand with their two children, Elijah Chaiseeha, age 10, and Jedidiah Chaiseeha, age 4, during the period beginning approximately July 1, 2021, and continuing through August 31, 2021.[1] Probation Office Emie Coronel has advised that she has no objection to these travel plans. Assistant United States Attorney Andrew Friedman has also advised that he does not object to these travel plans.

---

[1] It is not possible to provide the Court with exact dates of travel at this time. Mrs. Lapangkura and Mr. Chaiseeha have not yet made airplane reservations, choosing to first seek the Court's approval for their desired travel. Because of the COVID-19 pandemic, the Thai government currently only allows two flights per month for passengers from Seattle to Bangkok. It is only possible to learn the exact time of such flights one month in advance.

MOTION TO AUTHORIZE TRAVEL
No. 2:19-cr-00140-JLR – Page 2

Yarmuth LLP

501 East Pine Street, Suite 201
Seattle, Washington 98122
phone 206.516.3800  fax 206.516.3888

1   If the Court authorizes such travel, Mrs. Lapangkura, Mr. Chaiseeha, and their children plan to stay with Mrs. Lapangkura's mother in Bangkok at the following address:

> 218 Soi Ramintra 57 Ramintra Road
> Bangkhen District
> Bangkok, Thailand 10220

If this travel to Bangkok, Thailand is authorized, Mrs. Lapangkura and Mr. Chaiseeha will provide the Probation Office with their contact information and will continue to remain in compliance with all conditions of their Supervised Release.

DATED: April 1, 2021.

**YARMUTH LLP**

By: *s/Robert Westinghouse*
Robert Westinghouse, WSBA No. 6484
501 East Pine Street, Suite 201
Seattle, WA 98122
Telephone: (206) 516-3800
Email: rwestinghouse@yarmuth.com

*Attorneys for Defendants*

MOTION TO AUTHORIZE TRAVEL
No. 2:19-cr-00140-JLR – Page 3



501 East Pine Street, Suite 201
Seattle, Washington 98122
phone 206.516.3800   fax 206.516.3888

1016.01 vc312501 4/1/21