The Honorable James L. Robart

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>CHADILLADA LAPANGKURA and PORNCHAI CHAISEEHA,<br><br>Defendants. | No. 2:19-cr-00140-JLR<br><br>**ORDER GRANTING MOTION TO AUTHORIZE TRAVEL** |

Defendants request permission to travel to Bangkok, Thailand with their children during the period beginning approximately July 1, 2021 and continuing through August 31, 2021 to visit family.  Dkt. #44. Defendants represent that Probation Office Emie Coronel has no objection to these travel plans.  Defendants also represent that Assistant United States Attorney Andrew Friedman does not object to these travel plans.  The Court accordingly GRANTS defendants' motion, Dkt. # 44, and ORDERS:  Defendants may travel to Bangkok, Thailand departing Seattle approximately July 1, 2021, and returning to Seattle on or about August 31, 2021.  Defendants shall provide the Probation Office with

ORDER GRANTING MOTION TO
AUTHORIZE TRAVEL
No. 2:19-cr-00140-JLR – Page 1

Yarmuth LLP

501 East Pine Street, Suite 201
Seattle, Washington 98122
phone 206.516.3800   fax 206.516.3888

their travel plans, where they will stay in Thailand, and any contact information associated with the location at which they will stay. Defendants will continue to remain in compliance with all conditions of their Supervised Release.

DATED this 12th day of April, 2021.

THE HONORABLE JAMES L. ROBART
UNITED STATES DISTRICT JUDGE

*Presented by:*

**YARMUTH LLP**

By: *s/Robert Westinghouse*
Robert Westinghouse, WSBA No. 6484
501 East Pine Street, Suite 201
Seattle, WA 98122
Telephone: (206) 516-3800
Email: rwestinghouse@yarmuth.com

*Attorneys for Defendants*

ORDER GRANTING MOTION TO
AUTHORIZE TRAVEL
No. 2:19-cr-00140-JLR – Page 2



501 East Pine Street, Suite 201
Seattle, Washington 98122
phone 206.516.3800  fax 206.516.3888

1016.01 vc312502 4/1/21