The Honorable James L. Robart

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>CHADILLADA LAPANGKURA and PORNCHAI CHAISEEHA,<br><br>Defendants. | No. 2:19-cr-00140-JLR<br><br>**MOTION FOR EARLY TERMINATION OF SUPERVISED RELEASE**<br><br>NOTE ON MOTION CALENDAR: July 9, 2021 |

Comes Now Chadillada Lapangkura, defendant, and moves for an order terminating her term of Supervised Release. This motion is based on the files and records in the above-referenced case and upon the factual background set out in succeeding paragraphs.

I.   INTRODUCTION

Defendant was convicted of Conspiracy to Defraud the United States in violation of 18 United States Code Section 371 in the Western District of Washington (2:19-cr-00140-JLR-001). On December 5, 2019, defendant was sentenced to serve a term of imprisonment of six months to be followed by a two-year term of Supervised Release. The Court allowed Ms. Lapangkura to

MOTION FOR EARLY TERMINATION
OF SUPERVISED RELEASE
No. 2:19-cr-00140-JLR – Page 1

Yarmuth LLP
501 East Pine Street, Suite 201
Seattle, Washington 98122
phone 206.516.3800   fax 206.516.3888

self-report. She was incarcerated at FCI Dublin where she served her sentence without incident. On June 18, 2020, she was released from custody and commenced her term of Supervised Release. She has completed more than one year on Supervised Release. She has now been placed on minimal supervision status.

During her supervision, Ms. Lapangkura has been exemplary in every possible way. She has complied with all Standard and Special Conditions of Supervision. She has paid her fine, all restitution, and the penalty assessment either before, or immediately after, sentencing. She has completed the required sixty hours of community service during her first months of release, finishing in November 2020.

Ms. Lapangkura is currently supervised by Emie Coronel of the United States Probation Office. Ms. Coronel has advised counsel for Ms. Lapangkura that Probation does not object to this motion for early termination of Supervised Release. Likewise, Andrew Friedman of the United States Attorney's Office has advised that his office does not object to early termination of Supervised Release.

## II. ARGUMENT

Based on this record of successful completion of all requirements of Supervised Release, coupled with the fact that Probation has already moved Ms. Lapangkura to minimal supervision status, we believe that she is an excellent candidate for early termination of her term of Supervised Release. A primary objective of Supervised Release is to ensure a smooth transition of a criminal defendant who has completed a term of imprisonment back into the community. Ms. Lapangkura has obviously made this transition. She has resumed her responsibilities as a parent to two young boys. She has also begun

MOTION FOR EARLY TERMINATION
OF SUPERVISED RELEASE
No. 2:19-cr-00140-JLR – Page 2

Yarmuth LLP
501 East Pine Street, Suite 201
Seattle, Washington 98122
phone 206.516.3800  fax 206.516.3888

to step back into a consulting role with the restaurants that she and her husband and co-defendant, Pornchai Chaiseeha, founded. There has never been any suggestion that she will reoffend. In short, there is no further need for Ms. Lapangkura to be on supervision.

### III. CONCLUSION

For all the reasons set forth in this motion, Ms. Lapangkura respectfully moves for the early termination of her term of Supervised Release.

DATED: June 30, 2021.

**YARMUTH LLP**

By: *s/Robert Westinghouse*
Robert Westinghouse, WSBA No. 6484
501 East Pine Street, Suite 201
Seattle, WA 98122
Phone: (206) 516-3800
Email: rwestinghouse@yarmuth.com

*Attorneys for Defendants*

MOTION FOR EARLY TERMINATION
OF SUPERVISED RELEASE
No. 2:19-cr-00140-JLR – Page 3

1016.01 vf292507 6/30/21



Yarmuth LLP
501 East Pine Street, Suite 201
Seattle, Washington 98122
phone 206.516.3800   fax 206.516.3888